ANDREW   J.   GRAHAM,   Respondent,   *v.*   MOSES   REIS,
Appellant.

*Graham* v. *Reis*, 135 App. Div. 920, affirmed.
(Argued January 15, 1912; decided January 30, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
January 7, 1910, affirming a judgment in favor of plain-
tiff entered upon a verdict directed by the court in an
action to recover upon certain bills of exchange.

*David C. Robinson* for appellant.

*Henry B. Corey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.